# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LATISHA MCFADDEN,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
|   **Plaintiff,** ) | |
| ) | **1:21-CV-00244-CAP-RDC** |
| **v.** ) | |
| ) | |
| **EMORY HEALTHCARE, INC.,** ) | |
| ) | |
|   **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 6th day of February, 2023.

| | |
|---|---|
| */s/ LaRhonda Nicks* | */s/ Toni J. Read* |
| LaRhonda Nicks | John S. Snelling |
| Georgia Bar No. 553465 | Georgia Bar No. 665759 |
| The Law Firm of L.R. Nicks, LLC | Toni J. Read |
| 12600 Deerfield Parkway, Suite 100 | Georgia Bar No. 140982 |
| Alpharetta, GA 30004 | Lewis Brisbois Bisgaard & Smith LLP |
| | 600 Peachtree Street, N.E. |
| ***Attorney for Plaintiff*** | Suite 4700 |
| | Atlanta, Georgia 30308 |
| | |
| | ***Attorneys for Defendant*** |
| | ***Emory Healthcare, Inc.*** |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this **STIPULATION OF DISMISSAL WITH PREJUDICE** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia.  Counsel hereby states that this **STIPULATION OF DISMISSAL WITH PREJUDICE** has been typed in Times New Roman 14 count.

                                                /s/ *Toni J. Read*
                                                Toni J. Read
                                                Counsel for Defendant